SHAWN G. HANSEN (SBN 197033)
shansen@nixonpeabody.com
SETH D. LEVY (SBN 217638)
slevy@nixonpeabody.com
STACI JENNIFER RIORDAN (SBN 232659)
sriordan@nixonpeabody.com
VINCENT K. YIP (SBN 170665)
vyip@nixonpeabody.com
PETER J. WIED (SBN 198475)
pwied@nixonpeabody.com
**NIXON PEABODY LLP**
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

MATTHEW A. RICHARDS (SBN 233166)
mrichards@nixonpeabody.com
TRACY STEINDEL ICKES (SBN 317380)
tickes@nixonpeabody.com
**NIXON PEABODY LLP**
One Embarcadero Center, Suite 3200
San Francisco, CA 94111-3739
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Plaintiff
**THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,**<br><br>Plaintiff,<br><br>vs.<br><br>**TARGET CORPORATION,**<br><br>Defendant. | Case No. 2:19-cv-06572<br><br>**NOTICE OF ERRATA REGARDING COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**Complaint Filed:  July 30, 2019** |

1  Notice is hereby given that, due to an inadvertent error in the filing process,
2  an incorrect document was filed as the Complaint in this matter (ECF No. 1).
3  Submitted herewith as Attachment 1 is the correct Complaint document.
4
5  Dated: July 30, 2019         NIXON PEABODY LLP
6
7                               By:  /s/ Shawn G. Hansen
                                     Shawn G. Hansen
8
9                                    Attorneys for Plaintiff
                                     THE REGENTS OF THE
10                                   UNIVERSITY OF CALIFORNIA
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

NOTICE OF ERRATA REGARDING COMPLAINT