| | |
|---|---|
| 1 | SHAWN G. HANSEN (SBN 197033) |
| | shansen@nixonpeabody.com |
| 2 | SETH D. LEVY (SBN 217638) |
| | slevy@nixonpeabody.com |
| 3 | STACI JENNIFER RIORDAN (SBN 232659) |
| | sriordan@nixonpeabody.com |
| 4 | VINCENT K. YIP (SBN 170665) |
| | vyip@nixonpeabody.com |
| 5 | PETER J. WIED (SBN 198475) |
| | pwied@nixonpeabody.com |
| 6 | **NIXON PEABODY LLP** |
| | 300 South Grand Avenue, Suite 4100 |
| 7 | Los Angeles, CA 90071-3151 |
| | Telephone: (213) 629-6000 |
| 8 | Facsimile: (213) 629-6001 |
| 9 | MATTHEW A. RICHARDS (SBN 233166) |
| | mrichards@nixonpeabody.com |
| 10 | TRACY STEINDEL ICKES (SBN 317380) |
| | tickes@nixonpeabody.com |
| 11 | **NIXON PEABODY LLP** |
| | One Embarcadero Center, Suite 3200 |
| 12 | San Francisco, CA 94111-3739 |
| | Telephone: (415) 984-8200 |
| 13 | Facsimile: (415) 984-8300 |
| 14 | Attorneys for Plaintiff |
| | **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA** |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,** | Case No.  2:19-cv-6572 |
| Plaintiff, | **PLAINTIFF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S CIVIL LOCAL RULE L.R. 83-1.4 NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |
| vs. | |
| **TARGET CORPORATION,** | |
| Defendant. | **Complaint Filed:  July 30, 2019** |

Pursuant to Central District of California Civil Local Rule L.R. 83-1.4, Plaintiff The Regents of the University of California ("The Regents"), by and through its undersigned counsel, hereby provides notice of other pending civil actions involving all or a material part of the subject matter of this action.

In this action, The Regents seeks relief for infringement of U.S. Patent Number 7,781,789, entitled "Transparent Mirrorless Light Emitting Diode" ("'789 patent"). The '789 patent also is at issue in the pending actions identified below. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of such other actions.

In this action, The Regents also seeks relief for infringement of U.S. Patent Number 9,240,529, entitled "Textured Phosphor Conversion Layer Light Emitting Diode" ("'529 patent"). The '529 patent also is at issue in the pending actions identified below. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of such other actions.

In this action, The Regents also seeks relief for infringement of U.S. Patent Number 9,859,464, entitled "Light Emitting Diode With Light Extracted From Front And Back Sides Of A Lead Frame" ("'464 patent"). The '464 patent also is at issue in the pending actions identified below. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of such other actions.

In this action, The Regents also seeks relief for infringement of U.S. Patent Number 10,217,916, entitled "Transparent Light Emitting Diodes" ("'916 patent"). The '916 patent also is at issue in the pending actions identified below. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of such other actions.

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

*The Regents of the University of California v. Walmart Inc.*, Case No 2:19-cv-6570, filed on July 30, 2019, is an action for infringement of the '789, '529, '464, and '916 patents, and is now pending in the U.S. District Court for the Central District of California.  The action involves products other than those accused of infringement in the instant action. The parties in the action are Walmart Inc. and The Regents.  Walmart Inc. has not appeared in the action and does not have an attorney of record.

*The Regents of the University of California v. Amazon.com, Inc. and Amazon.com Services, Inc.*, Case No 2:19-cv-6571, filed on July 30, 2019, is an action for infringement of the '789, '529, '464, and '916 patents, and is now pending in the U.S. District Court for the Central District of California.  The action involves products other than those accused of infringement in the instant action.  The parties in the action are Amazon.com, Inc., Amazon.com Services, Inc., and The Regents.  Amazon.com, Inc. and Amazon.com Services, Inc. have not appeared in the action and do not have an attorney of record.

Dated: July 30, 2019                        NIXON PEABODY LLP

                                            By:  /s/ Shawn G. Hansen
                                                 Shawn G. Hansen

                                            Attorneys for Plaintiff
                                            THE REGENTS OF THE
                                            UNIVERSITY OF CALIFORNIA