# EXHIBIT A

## UNITED STATES INTERNATIONAL TRADE COMMISSION
### Washington, D.C.

In the Matter of

**CERTAIN FILAMENT LIGHT-EMITTING DIODES AND PRODUCTS CONTAINING SAME**

Inv. No. 337-TA-1172

## NOTICE OF INSTITUTION OF INVESTIGATION

Institution of Investigation Pursuant to 19 U.S.C.1337

**AGENCY**: U.S. International Trade Commission

**ACTION**: Notice

**SUMMARY**: Notice is hereby given that a complaint was filed with the U.S. International Trade Commission on July 30, 2019, under section 337 of the Tariff Act of 1930, as amended, on behalf of The Regents of the University of California of Oakland, California. The complaint alleges violations of section 337 based upon the importation into the United States, the sale for importation, and the sale within the United States after importation of certain filament light-emitting diodes and products containing same by reason of infringement of certain U.S. Patent No. 7,781,789 ("the '789 patent"); U.S. Patent No. 9,240,529 ("the '529 patent"); U.S. Patent No. 9,859,464 ("the '464 patent"); and U.S. Patent No. 10,217,916 ("the '916 patent"). The complaint further alleges that an industry in the United States exists as required by the applicable Federal Statute.

The complainant requests that the Commission institute an investigation and, after the investigation, issue a limited exclusion order, and cease and desist orders.

**ADDRESSES**: The complaint, except for any confidential information contained therein, is available for inspection during official business hours (8:45 a.m. to 5:15 p.m.) in the Office of the Secretary, U.S. International Trade Commission, 500 E Street, S.W., Room 112, Washington, D.C. 20436, telephone (202) 205-2000. Hearing impaired individuals are advised that information on this matter can be obtained by contacting the Commission's TDD terminal on (202) 205-1810. Persons with mobility impairments who will need special assistance in gaining access to the Commission should contact the Office of the Secretary at (202) 205-2000. General information concerning the Commission may also be obtained by accessing its internet server at https://www.usitc.gov. The public record for this investigation may be viewed on the Commission's electronic docket (EDIS) at https://edis.usitc.gov.

**FOR FURTHER INFORMATION CONTACT**: Pathenia M. Proctor, The Office of Unfair Import Investigations, U.S. International Trade Commission, telephone (202) 205-2560.

**SUPPLEMENTARY INFORMATION**:

**AUTHORITY**: The authority for institution of this investigation is contained in section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. 1337, and in section 210.10 of the Commission's Rules of Practice and Procedure, 19 C.F.R. 210.10 (2018).

**SCOPE OF INVESTIGATION**: Having considered the complaint, the U.S. International Trade Commission, on August 28, 2019, **ORDERED THAT** –

(1) Pursuant to subsection (b) of section 337 of the Tariff Act of 1930, as amended, an investigation be instituted to determine whether there is a violation of subsection (a)(1)(B) of section 337 in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain products identified in paragraph (2) by reason of infringement of one or more of claims 3, 5, 9, 12, 13, 15, 18, 28, 31, 33, 37, 40, 41, 43, 47, and 56 of the '789 patent; claims 1, 3, 4, 6, 8–10, 12, 13, 15, 16, 18, 20, 21, and 24 of the '529 patent; claims 1, 2, 4, 5, 7–12, 14, 15, and 17–20 of the '464 patent; and claims 1, 5–9, 13, 14, 18–22, and 26 of the '916 patent, and whether an industry in the United States exists as required by subsection (a)(2) of section 337;

(2) Pursuant to section 210.10(b)(1) of the Commission's Rules of Practice and Procedure, 19 C.F.R. 210.10(b)(1), the plain language description of the accused products or category of accused products, which defines the scope of the investigation, is "light bulbs containing filament LEDs and lighting products containing light bulbs containing filament LEDs";

(3) For the purpose of the investigation so instituted, the following are hereby named as parties upon which this notice of investigation shall be served:

(a) The complainant is:

The Regents of the University of California
1111 Franklin Street
Oakland, CA 94607

(b) The respondents are the following entities alleged to be in violation of section 337, and are the parties upon which the complaint is to be served:

Amazon.com, Inc.
410 Terry Avenue North
Seattle, WA 98258

Amazon.com Services, Inc.
410 Terry Avenue North

Seattle, WA 98109

Bed Bath & Beyond Inc.
650 Liberty Avenue
Union, NJ 07083

IKEA of Sweden AB
Tulpanvagen 8
Almhult 343 34
Sweden

IKEA Supply AG
Grüssenweg 15
CH-4133 Pratteln
Switzerland

IKEA Distribution Services Inc.
420 Alan Wood Road
Conshohocken, PA 19428

IKEA North America Services, LLC
420 Alan Wood Road
Conshohocken, PA 19428

Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403

Walmart Inc.
702 SW 8th Street
Bentonville, AR 72716

(c) The Office of Unfair Import Investigations, U.S. International Trade Commission, 500 E Street, S.W., Suite 401, Washington, D.C. 20436; and

(4) For the investigation so instituted, the Chief Administrative Law Judge, U.S. International Trade Commission, shall designate the presiding Administrative Law Judge.

Responses to the complaint and the notice of investigation must be submitted by the named respondents in accordance with section 210.13 of the Commission's Rules of Practice and Procedure, 19 C.F.R. 210.13. Pursuant to 19 C.F.R. 201.16(e) and 210.13(a), such responses will be considered by the Commission if received not later than 20 days after the date of service by the Commission of the complaint and the notice of investigation. Extensions of time for submitting responses to the complaint and the notice of investigation will not be granted unless good cause therefor is shown.

3

Failure of a respondent to file a timely response to each allegation in the complaint and in this notice may be deemed to constitute a waiver of the right to appear and contest the allegations of the complaint and this notice, and to authorize the administrative law judge and the Commission, without further notice to the respondent, to find the facts to be as alleged in the complaint and this notice and to enter an initial determination and a final determination containing such findings, and may result in the issuance of an exclusion order or a cease and desist order or both directed against the respondent.

By order of the Commission.

Lisa R. Barton
Secretary to the Commission

Issued: August 28, 2019

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**Washington, D.C.**

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN FILAMENT LIGHT-EMITTING DIODES AND PRODUCTS CONTAINING SAME** | Inv. No. 337-TA-1172 |

### DESIGNATION OF OUII ATTORNEY
### FOR SERVICE OF PROCESS

The Office of Unfair Import Investigations (OUII) hereby designates Whitney Winston, Esq. (202) 205-2221, Whitney.Winston@usitc.gov, as OUII's lead attorney for service of process. It is requested that all documents served by the Commission or filed by the parties in the above-referenced investigation be served upon this attorney.

Respectfully submitted,

Margaret N Macdonald

Margaret Macdonald, Director

**OFFICE OF UNFAIR IMPORT INVESTIGATIONS**
U.S. International Trade Commission
500 E Street, S.W., Suite 401
Washington, D.C.   20436
(202) 205-2560
(202) 205-2158 (facsimile)

August 28, 2019

**CERTAIN FILAMENT LIGHT-EMITTING DIDODES AND**            **Inv. No. 337-TA-1172**
**PRODUCTS CONTAINING SAME**

## PUBLIC CERTIFICATE OF SERVICE

I, Lisa R. Barton, hereby certify that the attached **NOTICE OF INSTITUTION OF INVESTIGATION** has been served by hand upon the Commission Investigative Attorney, **Whitney Winston, Esq.**, and the following parties as indicated, on 8/28/2019

Lisa R. Barton, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC  20436

**Complainants:**

The Regents of the University of California          ☐ Via Hand Delivery
1111 Franklin Street                                ☒ Via Express Delivery
Oakland, CA 94607                                   ☐ Via First Class Mail
                                                    ☐ Other:_____

**On Behalf of Complainants:**

Evan H. Langdon, Esq.                               ☐ Via Hand Delivery
**ADDUCI, MASTRIANI & SCHAUMBERG, LLP**            ☒ Via Express Delivery
1133 Connecticut Avenue, NW, 12th Floor            ☐ Via First Class Mail
Washington, DC 20036                                ☐ Other:_____

**Respondents:**

Amazon.com, Inc.                                    ☐ Via Hand Delivery
410 Terry Avenue North                             ☒ Via Express Delivery
Seattle, WA 98109                                   ☐ Via First Class Mail
                                                    ☐ Other:_____

Amazon.com Services, Inc.                           ☐ Via Hand Delivery
410 Terry Avenue North                             ☒ Via Express Delivery
Seattle, WA 98109                                   ☐ Via First Class Mail
                                                    ☐ Other:_____

**CERTAIN FILAMENT LIGHT-EMITTING DIDODES AND PRODUCTS CONTAINING SAME**  Inv. No. 337-TA-1172

Certificate of Service – Page 2

| | |
|---|---|
| Bed Bath & Beyond Inc.<br>650 Liberty Avenue<br>Union, NJ 07083 | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other:_____ |
| IKEA of Sweden AB<br>Tulpanvagen 8 Almhult<br>343 34 Sweden | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other:_____ |
| IKEA Supply AG<br>Grüssenweg 15<br>CH-4133 Pratteln<br>Switzerland | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other:_____ |
| IKEA Distribution Services Inc.<br>420 Alan Wood Road<br>Conshohocken, PA 19428 | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other:_____ |
| IKEA North America Services, LLC<br>420 Alan Wood Road<br>Conshohocken, PA 19428 | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other:_____ |
| Target Corporatation<br>1000 Nicollet Mall<br>Minneapolis, NN 55403 | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other:_____ |
| Walmart Inc.<br>702 S W 8th Street<br>Bentonville, AR 72716 | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other:_____ |

**CERTAIN FILAMENT LIGHT-EMITTING DIDODES AND PRODUCTS CONTAINING SAME**  Inv. No. 337-TA-1172

Certificate of Service – Page 3

**Embassy:**

Embassy of Sweden
2900 K. Street
NW Washington, DC 20007

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other:_____

Embassy of Switzerland
2900 Cathedral Avenue
NW Washington, DC 20008

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other:_____

**Government Agencies:**

Edward T. Hand, Chief
Foreign Commerce Section
Antitrust Division
U.S. Department of Justice
450 5th Street NW, Room 11000
Washington, DC   20530

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____

U.S. Bureau of Customs and Border Protection
Intellectual Property Rights Branch
Mint Annex Building
799 9th Street, NW, 7th floor
Washington, DC   20229-1177

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____

Elizabeth Kraus, Deputy Director
International Antitrust, Office of
International Affairs
Federal Trade Commission
600 Pennsylvania Avenue, Room 498
Washington, DC   20580

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____

Dale D. Berkley, Ph.D., J.D.
Office of the General Counsel, PHD, NIH Branch
National Institutes of Health
31 Center Drive
Bldg. 31, Rm. 47
Bethesda, MD  20892

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____



# UNITED STATES INTERNATIONAL TRADE COMMISSION

## WASHINGTON, DC 20436

August 28, 2019

The Regents of the University of California
1111 Franklin Street
Oakland, CA 94607

**Re:** **Certain Filament Light-Emitting Diodes and Products Containing Same Inv. No. 337-TA-1172**

Dear Sir/Madam:

This letter is to advise you that the U.S. International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Commission's notice of investigation is enclosed. Also enclosed is the Section 337 Mediation Program brochure. After reviewing the brochure, please sign and return the enclosed certification of receipt.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Notice of Investigation
2. Publication Regarding the Section 337 Mediation Program
3. Certification of Receipt of Mediation Materials



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

August 28, 2019

Evan H. Langdon
Adduci, Mastriani, & Schaumberg LLP
1133 Connecticut Avenue, NW
Washington, DC 20036

**Re:    Certain Filament Light-Emitting Diodes and Products Containing Same
Inv. No. 337-TA-1172**

Dear Evan H. Langdon:

This letter is to advise you that the U.S. International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Commission's notice of investigation is enclosed. Also enclosed is the Section 337 Mediation Program brochure. After reviewing the brochure, please sign and return the enclosed certification of receipt.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Notice of Investigation
2. Publication Regarding the Section 337 Mediation Program
3. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
August 28, 2019

Amazon.com, Inc.
410 Terry Avenue North
Seattle, WA 98109

**Re:   Certain Filament Light-Emitting Diodes and Products Containing Same
Inv. No. 337-TA-1172**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Amazon.com, Inc** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

August 28, 2019

Amazon.com Services, Inc.
410 Terry Avenue North
Seattle, WA 98109

**Re:** **Certain Filament Light-Emitting Diodes and Products Containing Same
Inv. No. 337-TA-1172**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Amazon.com Services, Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
August 28, 2019

Bed Bath & Beyond Inc.
650 Liberty Avenue
Union, NJ 07083

**Re:     Certain Filament Light-Emitting Diodes and Products Containing Same
Inv.  No.  337-TA-1172**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Bed Bath & Beyond Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
August 28, 2019

IKEA of Sweden AB
Tulpanvagen 8
Almhult, 343 34
Sweden

**Re:** **Certain Filament Light-Emitting Diodes and Products Containing Same
Inv. No. 337-TA-1172**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **IKEA of Sweden AB** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
August 28, 2019

IKEA Supply AG
Grussenweg 15
Pratteln, CH-4133
Switzerland

**Re:    Certain Filament Light-Emitting Diodes and Products Containing Same
         Inv.  No.  337-TA-1172**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **IKEA Supply AG** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

August 28, 2019

IKEA Distribution Services Inc.
420 Alan Wood Road
Conshohocken, PA 19428

**Re:** **Certain Filament Light-Emitting Diodes and Products Containing Same**
**Inv. No. 337-TA-1172**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **IKEA Distribution Services Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
August 28, 2019

IKEA North America Services, LLC
420 Alan Wood Road
Conshohocken, PA 19428

**Re:** **Certain Filament Light-Emitting Diodes and Products Containing Same**
**Inv. No. 337-TA-1172**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **IKEA North America Services, LLC** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
August 28, 2019

Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403

**Re:** **Certain Filament Light-Emitting Diodes and Products Containing Same Inv. No. 337-TA-1172**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Target Corporation** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
August 28, 2019

Walmart Inc.
702 SW 8th Street
Bentonville, AR 72716

**Re:  Certain Filament Light-Emitting Diodes and Products Containing Same
Inv. No. 337-TA-1172**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Walmart Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



# UNITED STATES INTERNATIONAL TRADE COMMISSION

## WASHINGTON, DC 20436

August 28, 2019

Embassy of Sweden
2900 K St, NW
Washington, DC 20007

**Re:**   **Certain Filament Light-Emitting Diodes and Products Containing Same**
  **Inv. No. 337-TA-1172**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). One or more of the parties named in the investigation is located in Sweden.

Pursuant to Commission Rule 210.11(a) (3), we are hereby serving you with a copy of the Complaint filed in this investigation together with a copy of the Commission's Notice of Investigation.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
  1. Complaint
  2. Notice of Investigation



# UNITED STATES INTERNATIONAL TRADE COMMISSION

## WASHINGTON, DC 20436

August 28, 2019

Embassy of Switzerland
2900 Cathedral Avenue NW
Washington, DC 20008

**Re:** **Certain Filament Light-Emitting Diodes and Products Containing Same
Inv. No. 337-TA-1172**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C.
1337). One or more of the parties named in the investigation is located in Switzerland.

Pursuant to Commission Rule 210.11(a) (3), we are hereby serving you with a copy of
the Complaint filed in this investigation together with a copy of the Commission's Notice
of Investigation.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
  1. Complaint
  2. Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

### WASHINGTON, DC 20436

August 28, 2019

Edward T. Hand, Chief
Foreign Commerce Section
Antitrust Division
U.S. Dept of Justice
450 5th Street NW, Room 11000
Washington, DC 20530

**Re:    Certain Filament Light-Emitting Diodes and Products Containing Same
Inv.  No.  337-TA-1172**

Dear Mr. Hand:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337).  A copy of the Notice of Investigation is enclosed.  Non-confidential copies of the Complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
    1. Notice of Investigation



# UNITED STATES INTERNATIONAL TRADE COMMISSION

## WASHINGTON, DC 20436

August 28, 2019

Intellectual Property Rights Branch
Regulations and Rulings
Office of International Trade
U.S. Customs and Border Protection
90 K Street, NE, 10th floor
Washington, DC 20229-1177

**Re:    Certain Filament Light-Emitting Diodes and Products Containing Same**
**Inv.  No.  337-TA-1172**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337).  A copy of the Notice of Investigation is enclosed.  Non-confidential copies of the Complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
1. Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

August 28, 2019

Elizabeth Kraus, Deputy Director
International Antitrust, Office of
International Affairs
Federal Trade Commission
600 Pennsylvania Avenue, Room 498
Washington, DC 20580

**Re:    Certain Filament Light-Emitting Diodes and Products Containing Same
Inv. No. 337-TA-1172**

Dear Ms. Kraus:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C.
1337). A copy of the Notice of Investigation is enclosed. Non-confidential copies of the
Complaint and any supplements filed in the investigation will be provided upon request.
Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission
Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
 1. Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

### WASHINGTON, DC 20436

August 28, 2019

Dale D. Berkley, Ph.D., J.D.
Office of the General Counsel, PHD, NIH Branch
National Institutes of Health
31 Center Drive
Bldg. 31, Rm. 47
Bethesda, MD  20892

**Re:    Certain Filament Light-Emitting Diodes and Products Containing Same
Inv. No. 337-TA-1172**

Dear Mr. Berkley:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Notice of Investigation is enclosed. Non-confidential copies of the Complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
1. Notice of Investigation