E-FILED
SEP 2 3 2019
Document #
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 2:19-cv-06572-PSG-RAOx<br><br>Hon. Philip S. Gutierrez<br><br>**ORDER GRANTING MOTION TO STAY** |

Having considered Defendant Target Corporation's unopposed motion to stay the proceeding here pending the final determination of the ITC investigation pursuant to 28 U.S.C. § 1659(a), the Court finds the patents and products at issue in this patent infringement matter are also at issue in an ITC investigation. Therefore, this Court hereby orders that these proceedings are stayed pending the final determination of the ITC proceeding. The case is now administratively closed. Either party may apply ex parte to reopen the case after the conclusion of all ITC proceedings.

**IT IS SO ORDERED.**

Dated: 9/23/19

Honorable Philip S. Gutierrez
United States District Judge